UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04131-RGK-PVC | Date | October 29, 2021 |
|---|---|---|---|
| Title | *Za Zen Enterprises v. Grubhub, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Removing Action from the Active Case Load

In light of the June 11, 2021, Order Granting Stipulation to Submit Dispute to Arbitration and Stay Proceedings (DE 14), the Court hereby removes this action from the active case load, without prejudice to reopen the matter to enforce the arbitration.

**IT IS SO ORDERED.**

:

Initials of Preparer